**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004--1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
EDGARDO MANCIA-VALLE
MARIA DESOCORRO-INTERIANO

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  14-24908RG**

DIONNE L. WADE
1301 MAIN AVE., 2ND FLR
DIONNE WADE & ASSOC
CLIFTON, NJ  07011

EDGARDO MANCIA-VALLE
MARIA DESOCORRO-INTERIANO
26 TOMPKINS ST
WEST ORANGE, NJ  07052-5110

## STATEMENT AS TO WHY THE FINAL REPORT CANNOT BE FILED

This is in response to the Court Memorandum regarding the determination that the case is ready to close but the Chapter 13 Trustee's Final Report has not been filed.  This is to advise the Court that we are waiting for a check to clear our bank account before a Final Report can be issued.  Once this check has cleared, we will file a Final Report.

Dated:  July 02, 2015

Marie-Ann Greenberg, Esquire
Standing Chapter 13 Trustee

By:    /S/Marie-Ann Greenberg
       Marie-Ann Greenberg, Esquire